Case 2:22-cv-00550-JRS-DLP   Document 1   Filed 11/30/22   Page 1 of 11 PageID #: 1

FILED
11/30/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

Name: John A. Hawkins-El
Prisoner No. 956724
Case No. MCF-22-04-0286

Place of Confinement: Wabash Valley Correctional Facility

2:22-cv-00550-JRS-DLP

Name of Petitioner (include name under which convicted): John A. Hawkins-El

v.

Name of Respondent (authorized person having custody of petitioner): Frank Vanihel

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Miami Correctional Facility 3038 W. 850 South, Bunker Hill, In 46918

2. Date of Guilt determination: 8-09-22 (Re-hearing)

3. Sanctions imposed: 6883 earned credit deprived (18 yr. 79 mo. days); $50,000.00 (estimated restitution); 1 yr D/S.; demotion of credit class 1 to 2 or (3)

4. Nature of rule infractions involved (all counts) _____

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing  ☐
   (b) Full Hearing  ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑   No ☑

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑   No ☐

(2.)

T5

9. If you did appeal, answer the following:
    (a) Name and title of Reviewing Authority: Facility Head
    (b) Result: Appeal Denied (Re-hearing)
    (c) Date of result: 9-22-22/9-23-22 (Recieved 9-27-22)
    (d) Grounds raised: 1.) D.H.O. failed to be impartial; 2.) D.H.O. failed to review favorable evidence; D.H.O. failed to provide any evidence, use of force documents, witnesses testimonies, Still photo's, Report of physical force to set-forth for the Report of Conduct to be completed; D.H.O. failed to recuse himself; lay-advocate for hearing was involve in original hearing, and failed to recuse herself; no medical documents provided; & failed to describe Serious bodily injury.
    (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:
        (1) Name and title of Higher Reviewing Authority: Final Reviewing Authority
        (2) Result: Appeal Denied
        (3) Date of result: 10-21-22
        (4) Grounds raised: (Same as the above mention)

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court: Miami Circuit Court
        (2) Nature of proceeding: "Criminal"
        (3) Grounds raised: Motion to dismiss "Conflict of Interest"

(3.1)

T5

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[Explain why the prison disciplinary hearing violated the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.

CAUTION: If you do not present every ground in this petition, you may be barred from doing so later.]

**GROUND ONE:** [Briefly describe your claim.] D.Ho. failed to be fair and impartial; and failed to provide any evidence to relied upon to base guilt of Serious Bodily Injury.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

Serious Bodily Injury must be documented and described for the basis of an guilty finding for A-117 Battery on Staff. There's no sufficient evidence in the record to support the finding of guilt. Hawkins-El admit that he only struck the officer once, and the punch didn't cause Serious bodily Injury, there's no evidence that the d.h.o. could base that Serious Bodily Injury occurred, nor any documentation. There's no Use of Force, Physical Evidence, Photo's, Witnesses (back-up statements) attached to the Report of Conduct, to support it. D.Ho. ignored those requirements to base his guilt, especially to relied upon to deprive Petitioner of 6,887 earned credit time, w/o any documentation, nor adequate evidence.

Did you present Ground One to the Final Reviewing Authority? ☒ Yes.  ◯ No, because _____

**GROUND TWO:** [Briefly describe your claim.] D.H.O. failed to be failed and impartial Hawkins El was denied to Present (exculpatory) evidence

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

D.Ho. failed to review the evidence of my first due process right; failed to review any evidence of Hawkins El, for a fair and impartial hearing. - D.H.O. intentionally prevented me to effectively testify for my hearing, and initially demanding me to, "IF I was going to plea guilty, when he become upset, when I said no! when he refuse to listen to me to present my defense, to gain a fair hearing. D.H.O. found me guilty and walked off w/o giving me my sanction. The hearing lasted no more than two minutes, violating my due process right to present adequate evidence for a fair hearing. Hawkins el evidence included out of time frame documents, for procedural errors, to display the same occurred in this report, included evidence of other offender's sanction, which require comparable offense to be review, etc. - See Attached Appeal

Did you present Ground Two to the Final Reviewing Authority? ☒ Yes.  ◯ No, because _____

(4)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND THREE:** [Briefly describe your claim.] d.h.o. failed to be fair and impartial to provide sufficient evidence to base guilt to deprive Hawkins-El 6,883 ect for S.B.I. that's not documented.

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]
Hawkins-El entire credit time deprived from inadequate evidence to be relied upon; The Report of Conduct was without support of any physical evidence, use of force, witnesses (back-up statements) testimony and didn't describe a clear description of the serious bodily injury that suppose to been suffered. This due Process violation, extended Hawkins-El time, more than a criminally prosecution for a level 5-6 Battery charge. — Also the d.h.o. found no justification to deprive Hawkins el 6,883 ect to an ambiguous sanction, that the addition sanction for A-117 to be established and relied upon. — D.H.u. went outside of the proper guideline of the 12 months earned Credit Time w/ justification from a dho to extend the duration of his time, that's unconstitutional.

Did you present Ground Three to the Final Reviewing Authority? ●Yes. ○ No, because _____

## DOCUMENTS

I have attached these documents from this disciplinary hearing: [Check all that apply.]

☑ Report of Conduct
☑ Screening Report
○ Report of Disciplinary Hearing
☑ Letter from the Final Reviewing Authority
○ Other relevant documents: ___Appeals___

## RELIEF

I ask for the following relief: That the charge and sanctions be vacated, and that a fair hearing be granted
_____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on ____/____/20____ at _____ am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree I will promptly notify the court of any change of address.

_____     _____
Signature                                                              Prisoner Number

(5.)

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Continuation:

Ground Four: D.H.O. failed to be fair and impartial - deliberately relying upon evidence from another report of conduct to find base his finding of guilt.

The report of conduct was out of time-frame by the 24 hr. written notice due process right, and not supported by any documented evidence. D.H.O. attempted to force Hawkins-El to review (watch) an investigation interview for his other conduct MCF-22-04-0322, that derived from the single episode. Hawkins-El documented in his evidence, and wrote to d.h.o. that the evidence is for MCF-22-04-0322, disregarding d.h.o. disregard of this evidence f display his arbitrary actions to utilize evidence from another report of conduct, is clear violation of my due process right to a fair and impartial hearing. The inadequate evidence relied upon fundamentally could not support the guilty finding.

Ground Five: D.h.o. failed to be fair and impartial - Hawkins-El request that the d.h.o. to excuse himself from hearing my case. Hawkins-El wrote a request to the d.h.o. that he (I) knew, that the d.h.o. was going to be vindictive towards him (me). B/c the d.h.o. was recently attacked by an inmate, prior to my hearing. Also that the lay-advocate UTM B.Myers to excuse herself from being my lay-advocate. UTM B.Myers signed off on an $50,000.00 and $1,000.00 restitution w/o any documentation. Creating a unfair setting for Hawkins-el hearing. D.H.O. carried on w/ the proceeding of the rehearing and based his guilty finding w/o any evidence to support the conduct, nor review my witness statement to provide a fair hearing.

(7.)

AO 241     (Rev.5/85)

13.     If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____

_____

_____

14.     Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

Yes [✓]    No [ ]

15.     Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

(a) At Disciplinary hearing: J. Com @ Original hearing (6-01-22) - An incarcerated individual UTM. B. Myers @ Re-hearing on 8-09-22

(b) At Institutional Level Appeal: N/A

(c) At I.D.O.C. Level Appeal: N/A

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

                                                         *John A. Hawkins-El*
                                                         Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
DATE

                                                         *John A. Hawkins-El*
                                                         Signature of Petitioner

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY
SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

| United States District Court | District | Southern District of Indiana |
|---|---|---|

| Name: John A. Hawkins-El | Prisoner No. 956724 | Case No. MCF-22-04-0322 |
|---|---|---|

Place of Confinement: Wabash Valley Correctional Facility

Name of Petitioner (include name under which convicted): John A. Hawkins-El

Name of Respondent (authorized person having custody of petitioner): v. Frank Vanihel

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Miami Correctional Facility 3038 W. 850 South, Bunker Hill, IN 46914

2. Date of Guilt determination: 8-16-22

3. Sanctions imposed: 6 months earned credit time; 6 months D/s time; Credit class 2 to 3

4. Nature of rule infractions involved (all counts) _____

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑  No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑  No ☐

(P.1)

T5

9. If you did appeal, answer the following:
   (a) Name and title of Reviewing Authority: Facility Head of M.C.R.
   (b) Result: Appeal - (Re-Hearing)
   (c) Date of result: 10-3-22 (really don't know, moved to different facility)
   (d) Grounds raised: D.H.O. provided no evidence; D.H.O. failed to be impartial; failed to be impartial and review favorable evidence; The Report of Conduct is Stacking; D.H.O failed to recuse himself; lay-advocate Steffl was involved in original hearing and failed to recuse herself; no medical documents provided; failed to describe serious bodily injury

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:
      (1) Name and title of Higher Reviewing Authority: Final Reviewing Authority
      (2) Result: ~~10-21-22~~ Appeal Denied
      (3) Date of result: 10-21-22
      (4) Grounds raised: (Same as the above mention)

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☑  No ☐

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court: Miami Circuit Court
        (2) Nature of proceeding: Criminal

        (3) Grounds raised: Motion to dismiss - "Conflict of Interest"

(2)

T5

12  State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
   CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Markham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

(A) GROUND ONE: D.H.o. failed to be fair and impartial; and failed to be imp provide any evidence to relied upon to base guilt of Serious Bodily Injury

SUPPORTING FACTS (state *briefly* without citing cases or law) There's no evidence documented nor provided that I touch and batter the officer, that place me in an chokehold when the incident initially occur. Serious bodily must be described and documented to be proven. The Report of Conduct was w/o any Use of Force documents, physical evidence, witnesses (back-up statement) testimony, even from the officer alleged to be injure, etc. The officer didn't write the Report of Conduct on her own. Hawkins-El didn't even touch this officer, and that's what the investigator wanted to know when interview Hawkins-El, when Hawkins-El explain all he did was ce; out of her chokehold. - The dho — cont.

(B) GROUNT TWO: D.H.o. failed to be fair and impartial. - The reporting officer went outside the guideline to conduct write the conduct. - Failed to review Hawkins-El evidence.

SUPPORTING FACTS (state *briefly* without citing cases or law) The reporting investigator fail to follow proper guidelines to adequately write the Report of Conduct w/ the Warden permission. - D.H.o. arbitrary disregarded this evidence I needed to present at the hearing. Hawkins-El writtens about this due process violation to the d.h.o. before the hearing. D.H.o. didn't review this favorable evidence, to be impartial, that the d.h.o. guilty finding is flawed/inadequate b/c no adequate evidence describe Hawkins-El guilt, but in innocence.

(C) GROUNT THREE: D.H.o. failed to be fair and impartial- The Report of Conduct is stacking

SUPPORTING FACTS (state *briefly* without citing cases or law) There's no sufficient evidence to Support d.h.o. finding of guilt, and that the allege officer that suppose to had battery committed upon her, failed/or unwanted to write the Report of Conduct up on her own, b/c nothing prevented her to do so. The dho based his finding of guilt from a conduct report, to insure the other conduct report lack of evidence also, which was out of time frame, That the dho. used his interview of Hawkins-El for this conduct to find me guilty on MCF-22-04-0286, that display both are the same, violating my due process for a fair hearing.

(3)

T5

Continuation: 1 cd.

Ground one: failed to review there was any evidence that Hawkins-El touch the officer. The Report of Conduct offer none physical evidence to prove I touch the officer. Also w/o this evidence d.h.o. didn't have sufficient evidence to describe the injuries to prove serious bodily injury to the officer(s) for a A-117.

Ground Four: D.H.O. failed to be fair and impartial- Hawkins-El ask the d.h.o. to excuse himself from hearing my case Hawkins-El wrote a request to the d.h.o. that he knew he was going to be vindictive towards him, b/c the d.h.o. was recently attacked by an inmate prior to my hearing. - Also that the lay-advocate D.T.M. Myers to excuse herself b/c in my original hearing, she signed off on a $50,000.00 and $1,000.00 restitution. Creating a unfair setting towards Hawkins-El. - D.H.O. arbitrary carry on to conduct my re-hearing, and base his guilty finding w/o any evidence, nor review my witness statement from another offender to adequately provide a fair hearing.

Ground Five: There's no documented evidence at all, that d.h.o. was unable to extend the duration of my time, with depriving me six months of my earned credit time, to base his finding of guilt, to be relied upon. And shows that d.h.o. was unfair w/ depriving me of 6,883 ect from the first report of conduct, also w/o any evidence. w/o any evidence to support it, as this one also.

(4)

13. If any of the grounds listed in 12A, B. C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

_____
_____
_____

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

Yes ☑   No ☐

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

(a) At Disciplinary hearing: UTM B. Myers

(b) At Institutional Level Appeal: N/A

(c) At I.D.O.C. Level Appeal: N/A

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_____
DATE

_____
Signature of Petitioner

(5.)

T5